JRS:AMR/JRS
F. #2023R00084

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JORDAN ALSTON,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

COMPLAINT

23-MJ-1031

(18 U.S.C. § 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

        EDWARD MARTIN, being duly sworn, deposes and states that he is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, duly appointed according to law and acting as such.

        On or about November 16, 2023, within the Eastern District of New York and elsewhere, the defendant JORDAN ALSTON, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce ammunition.

        (Title 18, United States Code, Section 922(g)(1))

        The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been involved in the investigation of numerous cases involving the possession and use of firearms and ammunition. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. The criminal history report for the defendant JORDAN ALSTON indicates that on or about May 20, 2022, ALSTON pleaded guilty to criminal possession of a firearm, in violation of New York Penal Law Section 265.01-b, a felony punishable by more than one year in prison. The criminal history report also indicates that on or about September 23, 2022, ALSTON was sentenced to three years of probation.

3. I am informed by a New York City probation officer that one of the conditions of the defendant JORDAN ALSTON's probation is that he must consent to a search of his residence. I am further informed by a New York City probation officer that ALSTON reported a specific residence known to your Affiant (the "Residence") as his residence.

4. On November 16, 2023, probation officers went to the Residence to conduct a visit in accordance with the conditions of the defendant JORDAN ALSTON's probation. Upon their arrival, ALSTON admitted the probation officers into the Residence. No other occupants were present in the Residence at the time.

5. The Residence is a studio apartment. The main room of the Residence contains a futon, which was the only apparent sleeping surface in the apartment. Strewn around the futon were clothing and footwear that appeared to belong to ALSTON. Indeed, ALSTON admitted to the probation officers that certain of these items were his.

6. While searching the Residence, the probation officers discovered that a cartridge was located on the floor underneath the futon. One of the probation officers took the cartridge and secured it away from the defendant JORDAN ALSTON. ALSTON was later arrested by ATF.

7. The cartridge that was recovered was a .380 caliber Hornady cartridge. I have conferred with an interstate nexus expert with ATF, who has informed me, in sum and substance and in part, that the cartridge recovered from the Residence of the defendant JORDAN ALSTON was manufactured outside of the state of New York.

WHEREFORE, your deponent respectfully requests that the defendant JORDAN ALSTON be dealt with according to law.

_____
EDWARD MARTIN
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me this
\_\_\_ day of November, 2023

_____
THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK